UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60303-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs. **O R D E R**

ALEXANDER ALZATE LONDONO,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Report And Recommendation (DE 38) filed herein by United States Magistrate Judge Patrick M. Hunt and Defendant'S Motion For The Return Of Property (DE 34). No objections to said Report have been filed. The Court has conducted a de novo review of the entire record herein and is otherwise fully advised in the premises.

    In the instant Motion (DE 34), Defendant Alexander Alzate Londono (hereinafter "Defendant") requests the return of the following items taken from his possession at the time of his arrest: (1) identification documents, including his passport; (2) Defendant's backpack containing clothes and personal items; and (3) Defendant's cellular phone and computer. In his Report (DE 38), Magistrate Judge Hunt finds that Defendant has no right to the return of his backpack, which was used to conceal heroin. In addition, Magistrate Judge Hunt finds that Defendant's passport should be returned upon the completion of removal proceedings and that Defendant's cellular phone and miscellaneous documents should be returned to Defendant or to his authorized representative after Defendant signs a release. Upon a review of the Government's Response (DE 37), Magistrate Judge Hunt finds that any other requested items do not appear to be in the government's possession and the instant Motion (DE 34) should be denied to the extent that

it requests such items. The Court adopts Magistrate Judge Hunt's reasoning and conclusions.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report And Recommendation (DE 38) filed herein by United States Magistrate Judge Patrick M. Hunt be and the same is hereby approved, adopted, and ratified by the Court;

2. Defendant's Motion For The Return Of Property (DE 34) be and the same is hereby **GRANTED** in that Defendant's passport shall be returned to him at the conclusion of removal proceedings; and Defendant's cellular phone and miscellaneous documents shall be returned to Defendant or to his authorized representative at a reasonable time and in a reasonable manner upon request, provided that Defendant signs a release; and

3. To the extent that Defendant's Motion For The Return Of Property (DE 34) requests any other relief said Motion be and the same is hereby **DENIED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___7th___ day of August, 2018.

_____
WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:

The Honorable Patrick M. Hunt
United States Magistrate Judge

All Counsel of Record

Alexander Alzate Londono PRO SE
#10151-104
McRae Correctional Institution
Inmate Mail/Parcels
Post Office Drawer 55030
McRae Helena, GA 31055